# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EBLIS ALEXANDER YANEZ TOVAR ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:26–CV–00900–TLN–AC** |
| **WARDEN ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/3/2026 .**

ENTERED:   **April 3, 2026**          /s/  **Keith Holland**

Clerk of Court