ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBLIS ALEXANDER YANEZ TOVAR, | No. 2:26-CV-00900-TLN-AC |
| Petitioner, | **STIPULATION AND ORDER TO STAY DISPOSITION OF MOTION FOR RETURN OF IDENTIFICATION DOCUMENTS** |
| v. | |
| WARDEN, *et al.*, | |
| Respondents. | |

1

Undersigned counsel for the parties have conferred, and they are working to resolve Petitioner's pending motion for return of identification documents (ECF 11) without further involvement of the Court.  The parties therefore request that the Court stay it consideration of the motion.  The parties will provide an update as to whether the motion is moot by June 16, 2026.

Dated:  May 20, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:    /s/  *Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney
Attorneys for Respondents


/s/ *Douglas J. Beevers*
DOUGLAS J BEEVERS
Counsel for Petitioner


ORDER

It is so ordered.


Dated: May 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2